B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dawson, Dermontti F.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24 Avenue of Champions**<br>**Nicholasville, KY**<br>ZIP Code **40356** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jessamine** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dawson, Dermontti F.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Dawson, Dermontti F.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dermontti F. Dawson**
Signature of Debtor  **Dermontti F. Dawson**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 29, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Laura Day DelCotto**
Signature of Attorney for Debtor(s)
**Laura Day DelCotto**
Printed Name of Attorney for Debtor(s)
**DelCotto Law Group PLLC**
Firm Name
**200 North Upper Street**
**Lexington, KY 40507-1017**

_____
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number
**June 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Dermontti F. Dawson**                                                                                                        Case No.
                                                                Debtor(s)                                    Chapter      **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Dermontti F. Dawson**
**Dermontti F. Dawson**

Date:  **June 29, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com        Best Case Bankruptcy

Certificate Number: 04198-KYE-CC-010921087

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 11, 2010, at 9:10 o'clock AM EDT,

Dermontti Dawson received from

Advantage Debt Management of America,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of Kentucky, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 11, 2010      By      /s/Doug Beighle

Name   Doug Beighle

Title   Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Dermontti F. Dawson**                                    Case No.
                                    Debtor(s)                     Chapter     **7**

# VERIFICATION OF MAILING LIST MATRIX

I, **Dermontti F. Dawson**, the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **8** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **June 29, 2010**                    **/s/ Dermontti F. Dawson**
                                            **Dermontti F. Dawson**
                                            Signature of Debtor

I, **Laura Day DelCotto**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **8** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **June 29, 2010**                    **/s/ Laura Day DelCotto**
                                            Signature of Attorney
                                            **Laura Day DelCotto**
                                            **DelCotto Law Group PLLC**
                                            **200 North Upper Street**
                                            **Lexington, KY 40507-1017**
                                            **(859) 231-5800   Fax: (859) 281-1179**

```
Bellerive Development Company
400 Bellerive Blvd.
Ste 200
Nicholasville KY 40356


Berkadia/Capmark
100 Westwood Place
Suite 320
Brentwood TN 37027


Brannon Centre Investors, LLC
400 Bellerive Blvd.
Ste 200
Nicholasville KY 40356


Brannon Crossing Medical Campus, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


Capital One
PO Box 85167
Richmond VA 23285-5167


Central Bank & Trust
P O Box 1330
Lexington KY 40588


Charlotte Turner McCoy, Esq.
Stites & Harbison
250 W. Main Street
Ste 2300
Lexington KY 40507


Coldwell Bank
Foster Real Estate, Inc.
5383 S. Hwy 27
Attn: Brenda Blevins
Somerset KY 42501


Compass Bank
Cameron Terry
15 S. 20th Street, Ste 1601
Birmingham AL 35233
```

```
Constance Grayson
125 S. Main Street
Nicholasville KY 40356


D & H Brannon Springs, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


David Royse, Esq.
Stoll Keenon Ogden PLLC
300 E Vine Street
Suite 2100
Lexington KY 40507


EACL, LLC
2351 Versailles Rd.
Lexington KY 40504


Farmer's Bank
200 North Main St.
P.O. Box 340
Nicholasville KY 40340


Fifth Third Bank (Lexington)
250 West Main St.
Ste 100
Lexington KY 40507


Fifth Third Bank MasterCard
Customer Service MD
1MOC2G-4050
38 Fountain Square Plz
Cincinnati OH 45263-0001


GEMB Lending, Inc.
PO Box 51826
Los Angeles CA 90051-6126


H&L Ventures
400 Bellerive Blvd., Ste 200
Nicholasville KY 40356


Hughes Family Trust
31 Avenue of Champions
Nicholasville KY 40356
```

```
IndyMac Mortgage Services
PO Box 4045
Kalamazoo MI 49003-4045


Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114


JAH Family Limited Partnership
981 South Main St.
Nicholasville KY 40356


JAH Nicholasville Investment #2, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


JAH Nicholasville Investment #3, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


JAH Nicholasville Investment #4, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


JAH Nicholasville Investment, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Nicholasville Rd #3 Management, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


JAH Nicholasville Rd #7 Management, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


JAH Nicholasville Rd #8 Management, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356
```

```
JAH Nicholasville Road #3, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Nicholasville Road #4, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Nicholasville Road #8, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Nicholasville Road, LLC
400 Bellerive Blvd.
Ste 200
Nicholasville KY 40356


JAH Nicholasville Road.#2, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Nicholasville Road.#7, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


JAH Winthrop, LLC
400 Bellerive Blvd
Ste # 200
Nicholasville KY 40356


James A. Hughes
31 Avenue of Champions
Nicholasville KY 40356


James E. Christopher, Jr.
15 Dennis Lane
Blythewood SC 29016


James Hughes
31 Avenue of Champions
Nicholasville KY 40356
```

```
Jerry Woodall
Woodall Construction
1332 Cahill Drive
Lexington KY 40504


Jessamine County Clerk
Courthouse
101 N Main Street
Nicholasville KY 40356


Jimmie Jackson
391 Chateau Place
Bronston KY 42518


John Moore, Esq.
Nelson Mullins
1320 Main St, 17th Fl
Columbia
Columbia SC 29201


John Wallace Langley
343 Brannon Road
Nicholasville KY 40356


John Wally Langley
343 Brannon Road
Nicholasville KY 40356


Kenneth R. Larish
711 Turf Court
Lexington KY 40502


Kentucky Bank
Nicholasville Branch
714 South Main
Nicholasville KY 40340


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602


Kentucky Development, LLC
PO Box 17
16101 Eastwood Cutoff
Eastwood KY 40018
```

Lancer Development Group, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


Linda Donald
Donald & Co. PSC
2410 Greatstone Point
Lexington KY 40504


MainSource Bank
Charlie Graves
104 S. Chiles Street
Harrodsburg KY 40330


Mark Phillips
17 Avenue of Champions
Nicholasville KY 40356


Marlinrob, Inc.
17 Avenue of Champions
Nicholasville KY 40356


Meijer MasterCard
GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell GA 30076


Midland Mortgage Co.
PO Box 268959
Oklahoma City OK 73126-8959


Miles Road, LLC
400 Bellerive Blvd
Ste 200
Nicholasville KY 40356


National Bank of South Carolina
P.O. Box 1457
Columbia SC 29202


Nelson Mullins Riley & Scarborough LLP
1320 Main Street
17th Floor
Columbia SC 29201

```
PBI Bank
6980 N. Preston Hwy.
Louisville KY 40229


PBI Bank, Inc.
2424 Harrodsburg Rd.
Ste 100
Lexington KY 40503


Pulaski County Clerk
Courthouse
10 N. Main St.
PO Box 739
Somerset KY 42502-0739


R. William Metzger, Jr., Esq.
Robinson McFadden & Moore, PC
1901 Main Street
Suite 1200
Columbia SC 29201


Regina Dawson
24 Avenue of Champions
Nicholasville KY 40356


Republic Bank
PO Box 70749
Louisville KY 40270


Ronald Asbill
PO Box 249
Elgin SC 29045


Sears MasterCard
c/o Citibank (South Dakota), N.A.
PO Box 6282
Sioux Falls SD 57117-6282


Sharon C. Hardy, Esq.
Weber and Rose, P.S.C.
471 W. Main Street
Suite 400
Louisville KY 40202-4221
```

Case 10-52072-jms    Doc 1    Filed 06/29/10    Entered 06/29/10 11:18:29    Desc Main
                Document      Page 14 of 15

```
Wachovia Bank
2400 Harrodsburg Road
Lexington KY 40504


Wells Fargo
P O Box 10335
Des Moines IA 50306


Woodall & Sons Development, LLC
201 East Main St.
Ste 1000
Lexington KY 40507
```