UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DERMONTTI F. DAWSON                      CASE NO. 10-52072
                                                         CHAPTER 7

      DEBTOR

## AMENDMENTS TO SCHEDULES

Comes the Debtor, Dermontti F. Dawson, by counsel, and states that through inadvertence and error, he needs to amend his Schedules as follows:

1. Schedule B – 2

    (i) The Schwab Investment Account No. 5310 total account balance as of July 1, 2010 was $10,690.21. Debtor states his belief that he owns ½ of the joint account.

    (ii) The BB&T Account No: 5344's balance as of June 25, 2010 was $0.10.

2. Schedule B – 4

    The household goods described as electronics and discussed during the §341 creditors' meeting are believed by Debtor to be permanently affixed to the residence and were included as part of the value of the residence, and not separately listed in detail in Schedule B-4.

3. Schedule B – 8

    The "Sports Memorabilia" value is amended to be $3,000 and 100% ownership by Debtor.

4. Schedule B – 25

    The Dodge Durango SL Pickup is a 2004 model, not 2006, and its estimated value is amended to $11,000.

5. Schedule F

    The following potential creditors should be added to Schedule F as contingent and unliquidated with unknown amounts:

Regina Dawson
24 Avenue of Champions
Nicholasville, KY  40356
Amount:  Unknown claims as co-obligor on certain debts and co-ownership of assets.

John T. Hamilton, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 West Short St.
Lexington, KY 40507
Counsel for Regina Dawson (Notice Only)

Bellerive Development Company
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Centre Investors, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing Commercial and Office Park Assn, Inc.
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing #2 Commercial and Office Park Assn, Inc.
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing Medical Campus, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Road Investors, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

D&H Brannon Springs, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

D&H Ashgrove #1, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

H&L Ventures, LLC

400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

H&L Winchester, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Road, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #2, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #3, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #4, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #5, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #6, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #7, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #8, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment #2, LLC
400 Bellerive Blvd., Ste 200

Nicholasville, KY 40356

JAH Nicholasville Investment #3, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment #4, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Winthrop, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development, LLC
PO Box 17
16101 Eastwood Cutoff
Eastwood, KY  40018

Kentucky Development, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development Venture One, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Lancer Development Group, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Miles Road, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

    I, Dermontti F. Dawson, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

    Executed on:   August 26, 2010       /s/  Dermontti F. Dawson
                                                                      DEBTOR

                                                                       Respectfully submitted,

DELCOTTO LAW GROUP PLLC

 /s/ Laura Day DelCotto, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by First Class U.S. Mail, on August 27, 2010, on the parties listed below:

| | |
|---|---|
| Regina Dawson<br>24 Avenue of Champions<br>Nicholasville, KY 40356 | Brannon Road Investors, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |
| John T. Hamilton, Esq.<br>Gess, Mattingly & Atchison, P.S.C.<br>201 West Short St.<br>Lexington, KY 40507 | D&H Brannon Springs, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |
| Bellerive Development Company<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 | D&H Ashgrove #1, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |
| Brannon Crossing Commercial and Office Park Assn, Inc.<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 | H&L Ventures, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |
| Brannon Crossing #2 Commercial and Office Park Assn, Inc.<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 | H&L Winchester, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356<br>JAH Nicholasville Road, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |
| Brannon Crossing Medical Campus, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 | JAH Nicholasville Rd #2, LLC<br>400 Bellerive Blvd., Ste 200<br>Nicholasville, KY 40356 |

JAH Nicholasville Rd #3, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #4, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #5, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #6, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #7, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Rd #8, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment #2, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment #3, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Nicholasville Investment #4, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

JAH Winthrop, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development, LLC
PO Box 17
16101 Eastwood Cutoff
Eastwood, KY  40018

Kentucky Development, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development Venture One, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Lancer Development Group, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Miles Road, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356


/s/ Laura Day DelCotto , Esq.
COUNSEL FOR DEBTOR

Z:\Clients\Dawson, Dermontti\Pleadings\Amend Sch 20100826.doc

Regina Dawson
24 Avenue of Champions
Nicholasville, KY 40356

John T. Hamilton, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 West Short St.
Lexington, KY 40507

Bellerive Development Company
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing Commercial and Office Park Assn, Inc.
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing #2 Commercial and Office Park Assn, Inc.
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Crossing Medical Campus, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Brannon Road Investors, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

D&H Brannon Springs, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

D&H Ashgrove #1, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

H&L Ventures, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

H&L Winchester, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356
JAH Nicholasville Road, LLC

400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #2, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #3, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #4, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #5, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #6, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #7, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Rd #8, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Investment, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Investment #2, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Investment #3, LLC  
400 Bellerive Blvd., Ste 200  
Nicholasville, KY 40356

JAH Nicholasville Investment #4, LLC  
400 Bellerive Blvd., Ste 200

Nicholasville, KY 40356

JAH Winthrop, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development, LLC
PO Box 17
16101 Eastwood Cutoff
Eastwood, KY  40018

Kentucky Development, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Kentucky Development Venture One, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Lancer Development Group, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356

Miles Road, LLC
400 Bellerive Blvd., Ste 200
Nicholasville, KY 40356