## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE
   **Dermontti F. Dawson**
DEBTOR(S)                                         **CASE NUMBER 10-52072 JMS**

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

Notice is hereby given that:

A public auction of the real estate at 24 Avenue of Champions, Nicholasville, Kentucky will be conducted according to the following terms and conditions:

DATE:	Monday, November 15, 2010

TIME:	10:00 a.m.

PLACE:	24 Avenue of Champions
	Nicholasville, KY 40356

TERMS: Twenty percent due at the time of sale with the remainder due with in 30 days. The sale of the real estate is to be free and clear of all liens and encumbrances.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A public auction of the estate's non-exempt vehicles, firearms, watches, jewelry, household goods and personal memorabilia will be conducted according to the following terms and conditions:

DATE:	Monday, November 15, 2010

TIME:	1:00 p.m.

PLACE:	Heritage Hall
	430 West Vine Street
	Lexington, KY

TERMS: Cash, as is. The sale of the vehicles, firearms, watches, jewelry, household goods and personal memorabilia is to be free and clear of all liens and encumbrances.

OBJECTIONS: Objection to either one of the sales must be filed with the Court and served upon the trustee within 21 days of the mailing of this notice.

### CERTIFICATE

This is to certify that a true and correct copy of the foregoing notice has been served by first class mail, postage prepaid upon all creditors and parties in interest and the United States Trustee, all on this date: October 8, 2010.

                                                 /s/ Stephen Palmer, TIB

                                                 Stephen Palmer, Trustee