UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DERMONTTI F. DAWSON                                             CASE NO. 10-52072
                                                                CHAPTER 7
    DEBTOR

---

**AMENDMENT TO SCHEDULE B**

---

Comes the Debtor, Dermontti F. Dawson, by counsel, and states that through inadvertence and error, Schedule B is amended as follows:

1.    <u>Schedule B - 8</u>

The value of Debtor's firearms is amended to $21,109.60. One of the Browning firearms previously listed in the itemized list provided to the Trustee and valued at approximately $985.00 was inadvertently included but is not owned by Debtor.

I, Dermontti F. Dawson, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Executed on:  November 1, 2010    /s/  Dermontti F. Dawson
    DEBTOR

    Respectfully submitted,

    DELCOTTO LAW GROUP PLLC

    /s/ Laura Day DelCotto, Esq.
    200 North Upper Street
    Lexington, KY  40507
    Telephone:  (859) 231-5800
    Facsimile:  (859) 281-1179
    ldelcotto@dlgfirm.com
    COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

       This document has been electronically filed and served via the Court's ECF System on November 1, 2010.


       /s/ Laura Day DelCotto , Esq.
       COUNSEL FOR DEBTOR

Z:\Clients\Dawson, Dermontti\Pleadings\Amend Sch B8 20101029.doc